# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JENEA ARNOLD | CIVIL ACTION |
| VERSUS | NO. 19-563-JWD-RLB |
| UNITED FINANCIAL CAUSALTY COMPANY, ET AL. | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 10) dated October 18, 2019, to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion to Remand (R. Doc. 7) is GRANTED, and the action is REMANDED to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

**IT IS FURTHER ORDERED** that the parties shall bear their own costs incurred as a result of the instant removal.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on November 5, 2019.

---

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA